IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY FARRELL | : | CIVIL ACTION |
| SHEILA HARVIE FARRELL, H/W | : | |
| v. | : | |
| | | No. 02-2865 |
| | : | |
| PARMALAT WELSH FARMS, INC. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on March 13, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                Michael E. Kunz
                                                Clerk of Court

                                                By:_____
                                                Crystal Wardlaw
                                                Deputy Clerk
                                                Phone:267-299-7073

Date: February 11, 2003

Copies:      Patricia Callahan, Courtroom Deputy to Judge Berle M. Schiller
                 Docket Clerk - Case File

           Counsel:        Bernard Edelson, Esq.
                              Warren E. Voter, Esq.

ARB2.FRM