IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| ANTHONY FARRELL | | |
| SHEILA HARVIE FARRELL, H/W | | |
| | : | |
| v. | | |
| | : | |
| | | No. 02-2865 |
| | : | |
| PARMALAT WELSH FARMS, INC. | | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on April 29, 2003. **PLEASE NOTE THAT THIS ARBITRATION**

**HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST.,**

**PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from March 13, 2003 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:March 28, 2003

Copies:     Patricia Callahan, Courtroom Deputy to Judge Berle M. Schiller
            Docket Clerk - Case File

            Counsel:        Bernard Edelson, Esq.
                            Warren E. Voter, Esq.

ARB2.FRM