IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| ANTHONY FARRELL  SHEILA HARVIE FARRELL, H/W | : |  |
|  | : |  |
| v. | : |  |
| PARMALAT WELSH FARMS, INC. |  |  |
|  | : |  |
|  | : | NO. 02-2865 |

**CIVIL JUDGMENT**

BEFORE JUDGE SCHILLER

    AND NOW, this           day of          ,         , it appearing that an Arbitration Award was entered and filed on April 30, 2003, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

    ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of the defendant Parmalat Welsh Farms, Inc. and against plaintiffs Anthony Farrell and Sheila Harvie Farrell.


ATTEST:              OR              BY THE COURT:


By:_____
Deputy Clerk                                        BERLE M. SCHILLER, J.

ARB 16